UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shane Victor Edstrom,

Civ. File No. 01-1104 (PAM/FLN)

Petitioner,

v.

**ORDER**

David Crist, et al.,

Respondents.

---

This matter is before the Court on Petitioner's letter to the Court, demanding that the Court hear his Petition, recuse Chief Magistrate Judge Noel from Petitioner's case, and nullify the Magistrate Judge's Order of June 28, 2001. Because Petitioner's letter was not filed with the Clerk of Court, the Court will attach a copy of that document to this Order.

Petitioner complains that the Magistrate Judge "appointed himself" to the case without Petitioner's consent, and demonstrated bias and prejudice toward Petitioner by ordering the Petition returned to Petitioner, finding that Petitioner's claims are not cognizable in a writ of habeas corpus but instead must be brought as a civil action. Although Petitioner did not caption his "Correspondence" as an appeal of the Magistrate Judge's Order, it is clear from the relief he seeks that he is in fact appealing that Order.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b). Based on a review of the record and the Petitioner's submissions, the Court concludes that Chief Magistrate Judge Noel's Order is not clearly

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

erroneous or contrary to law.

As an initial matter, the Court must disabuse Petitioner of the notion that he must consent to the appointment of a Magistrate Judge in order for that appointment to be lawful. Under 28 U.S.C. § 636, all pretrial matters in civil cases, all motions for posttrial relief made by criminal defendants, and all prisoner petitions challenging the conditions of confinement are, as a matter of course, referred to a Magistrate Judge for disposition. Because Petitioner captioned his case as a Petition for a Writ of Habeas Corpus, the case was referred to Chief Magistrate Judge Noel. Petitioner's consent was not required for this referral.

Petitioner also contends that the Magistrate Judge demonstrated bias against him by ordering the Clerk's Office to return the Petition with the suggestion that Petitioner file a civil action against his "unlawful captors." Nothing in the Order can be construed as demonstrating bias against Petitioner. Rather than dismissing the Petition outright, the Magistrate Judge instead recommended that the Petitioner be given leave to file his claims in the correct form. Indeed, the Order reflects the Magistrate Judge's sensitivity to Petitioner's claims. Petitioner's request to recuse the Magistrate Judge is denied.

Finally, the Magistrate Judge's determination that Petitioner's claims may not be resolved on a petition for a writ of habeas corpus is indisputedly correct. As the Order notes, writs of habeas corpus are reserved for challenges to the validity of a conviction or to the length or conditions of detention. (Order of June 28, 2001, at 2.) Habeas corpus is not the mechanism by which to challenge the allegedly unlawful taking of a DNA sample.

Petitioner's claims may only be resolved in a civil action challenging the constitutionality of the actions of the prison officials.

Based on a review of the record and all the arguments of Petitioner, the Court **AFFIRMS** Chief Magistrate Judge Noel's Order of June 28, 2001.

Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's appeal of Chief Magistrate Judge Noel's Order is **DENIED**; and
2. The deadlines given in that Order for the filing of a new civil action are extended until August 27, 2001. If Petitioner fails to file an action by that date, this matter will be dismissed with prejudice.

Dated: July 26, 2001

Paul A. Magnuson
United States District Court Judge

United States District Court
For The District of Minnesota

A Citizen of The United States and A Person Representing "We The People" of The U.S. Constitution:

Shane Victor Edstrom

Petition,

**ATTENTION: PAUL MAGNUSON AND ONLY PAUL MAGNUSON**

Vs.

Case # 01-1104 (PAM/FLN)

Unlawful Captors,

The Minnesota Department of Corrections and The Minnesota Bureau of Criminal Apprehension

Respondents,

---

**CORRESPONDENCE REGARDING AN "ORGANIC" PETITION FOR WRIT OF HABEAS CORPUS, AND MAGISTRATE FRANKLIN NOELS UNETHICAL ACTIONS IN SAID PROCEEDING**

---

RECEIVED
JUL 23 2001
U.S. DISTRICT COURT
P.A.M.

To: Chief Judge Paul Magnuson:

Dear Judge Magnuson,

I am corresponding with you in regard to a petition that I had filed with the court in the above entitled action. This action is an "Organic"-"Constitutional" petition for Writ of Habeas Corpus, challenging the Constitutionality of the Search of petitioners body and Seizure and **"Imprisonment"** of Petitioners Organ - Blood, said extraction and imprisonment of his organ, then rendered petitioners actual imprisonment of his person in violation of the 6th amendment as stated in said petition. This petition was filed under the Authority of U.S.C. Art 1 § 9 Clause 2 and NOT any inferior statute. In said petition Petitioner "Contracts" this courts services to give him, his "Public Trust" consisting of his Guaranteed "Birth Right" to A Writ of Habeas Corpus given to him by virtue of U.S.C. Art 1 § 9 Clause 2, and the Habeas Corpus Act.

On 6-28-01 Magistrate Noel appointed himself to this case (Without

Petitioners Consent), as petitioner filed with his petition a specific motion for this case to be heard by only a District Court Judge.

Magistrate Noel then filed an order in this case demonstrating "Prejudice"-"Bias" towards petitioner, by exceeding his "Judicial" authority, and attempting to "Represent" the respondents in this matter as Mr. Noel has attempted to "Show Cause" in behalf of the respondents and further act as the respondents attorney.

When a Petition for Writ of Habeas Corpus is filed, The "Court" must order the respondent to show cause of imprisonment, it is not the courts job to show cause for the respondents. It is also the courts duty to act as a "Neutral" party in an action. In the present case Franklin Noel has Shown Clear prejudice and Bias against the petitioner when he acted in a capacity other than a neutral party in this action and started to act as the respondents attorney and further attempted to "Defend" the respondents by showing cause for said respondents, instead of properly executing his duty to order the respondents to show cause.

Mr. Noel then acknowledged the petition as being filed under the authority of U.S.C. Art 1 § 9 Clause 2, then attempted to call the action a "Statutory" 2254, then attempted to call the action a §1983 civil suit. This is Completely improper as the petition was clearly filed Under U.S.C. Art 1 § 9 Clause 2 and Not 2254 or 1983, petitioner is very clearly aware of exactly what he has filed and how powerful it truly is. It is in appropriate for Mr. Noel to attempt to call this action something it is not, in order to avoid ruling on what this petition truly is.

Mr. Noel then further in his own mis guiding order attempted to coerce and force me into filing a 1983 civil action challenging these issues. Which is completely ludicrous and a clear attempt of coercion, especially given the fact that both you and Mr. Noel are very much aware that you have just previously dismissed a 1983 action entitled Otha Townsend Vs. David Crist, attacking the

same type of issues. Furthermore you both came to the conclusion that a 1983 action is not the proper action to file for these issues. Knowing both of your previous rulings, Why would I even Consider being so stupid as to file a 1983 and pay Mr. Noels improper request for a $150 filing fee, just so you can take my money and dismiss the action, and further misdirect me into giving up my Guaranteed "Birth Right" to a Writ of Habeas Corpus, by way of misdirecting me into a contractual ficticious statute that I have no "Right" to ?

Mr. Noel Improperly sent the original petition back to me ordering me to file an improper §1983 Civil complaint. Pursuant to the above, it would be a complete waste of time for me to file a bogus §1983 Complaint because, I am not suing any body foe damages, I am suing for the release of my body parts and body itself, which cannot be attacked in a 1983 action, moreover the petition that I have filed is clearly within the scope of the original Organic Constitutional Habeas Corpus, Under U.S.C. Art 1 § 9 Clause 2, as the petition alleges the unlawful Imprisonment of my Organ - Blood, Property, which then also rendered the imprisonment of his actual person in violation of the 6th amendment, by way of depriving him the right to Know the nature of the accusation, crime, sentence and punishment, because in 1997 when the petitioner was tried convicted and sentenced, the crime for which I was convicted of did not state anything about DNA Extraction being part of the crime sentence or punishment, thus Mr. Noels allegation that the petition does not attack any imprisonment is unfounded.

I would like to inform you that the writ I have filed is a true writ of habeas corpus under the U.S. Constitution and is not a "Statutory" 2254 writ, nor can it be called a 2254 because I simply will <u>Not</u> contract into any statute. I would also like to remind you that an "Organic" writ is very different from a statutory writ. An Organic writ is a writ of Guarantee - A Constitutional Guarantee of Personal Liberty protected by virtue of the united states constitution, and is not conditional. whereas a Statutory Writ is a conditional writ, because under a statute, citizens don't retain any "Guaranteed Right" to the writ, because that citizen willingly entered into a contract stating that he agrees to all conditions and burdens under that

statute, and further agrees that he has nor right to a writ.

Therefore pursuant to the above, the petitioner states that the United States Government and all branches thereof, are the inherent holders of the citizens public trust - I am a citizen of the United states and you hold my public trust consisting of my Right to The Writ of Habeas Corpus, therefore I demand my judicial branch of government (This Court) to give me my public trust consisting of my Guaranteed Birth Right to A Writ of Habeas Corpus Via U.S.C. Art 1 § 9 Clause 2, for the purpose of determining the constitutionality of the imprisonment of my body parts and body itself.

I further demand this court to hear my original petition, recuse magistrate Noel from this case pursuant to his biased misconduct and unlawful self appointment, and further nullify any order he has made because his bias and appointment was illegal as was his coercive tactiets. and further send a copy of this to the U.S. Board of Judicial conduct and ethics, requesting an investigation, as are the duties of the chief judge.

Respectfully submitted,

Shane Edstrom 7-24-01

Shane V. Edstrom
#193623 MCF Faribault
1101 Linden Lane
Faribault MN, 55021.

CC.

**The United States Supreme Court.**
**Bord of Judicial Conduct and Ethics.**
**File.**