UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shane Victor Edstrom, Civ. File No. 01-1104 (PAM/FLN)

Petitioner,

v. **ORDER**

David Crist, et al.,

Respondents.

---

This matter is before the Court on Petitioner's response to this Court's Order of July 26, 2001. In that response, Petitioner once again insists that the Court entertain his Petition for a Writ of Habeas Corpus. This Court has already entered an Order dismissing the Petition. To the extent that Petitioner seeks reconsideration of that Order, such reconsideration is denied. Should Petitioner wish to challenge the Court's Order further, he must take an appeal to the United States Court of Appeals for the Eighth Circuit.

Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. To the extent Petitioner's letter response to this Court dated July 28, 2001, seeks reconsideration of this Court's Order of July 26, 2001, such reconsideration is **DENIED**; and

2. The deadlines set forth in that Order shall remain in effect.

Dated: August 13, 2001

Paul A. Magnuson
United States District Court Judge

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________