# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Shane Victor Edstrom

Plaintiff

v.

David Crist, et al.,

Defendants

Case No. Civil 01-1104 PAM/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

DATE: September 12, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk